MOLLA, Appellant, v. MICHELETTI, Respondent. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Givacchino Molla against Attilio Micheletti. W.

E. Cook, for appellant. J. J. Freschi, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.